UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: July 27, 2023                                             Judge: Hon. James Donato

Time: 10:19 a.m. to 10:32 a.m.

Case No. 22-cv-71 JD
Case Name: Mandel v. Grande Cosmetics

Attorney(s) for Plaintiff(s): Daniel A. Solitro
Attorney(s) for Respondent(s): Annick M. Persinger

Court Reporter: Jennifer Coulthard

Deputy Clerk: Jean Davis

PROCEEDINGS

Hearing re Motion for Preliminary Approval -- Held.

NOTES AND ORDERS

For the reasons stated from the bench, the motion to seal, Dkt. No. 50, is denied. The parties are directed to file unredacted versions of Dkt. Nos. 50-2 and 50-3 by August 4, 2023.

The Court denies without prejudice the motion for preliminary approval of the proposed class settlement, Dkt. No. 51, for the reasons stated from the bench and for these reasons:

- The proposed credit voucher to purchase more products from defendant is denied as unfair and unreasonable to the class. The Court will not approve a settlement that involves vouchers.

- The parties have not demonstrated that a cash settlement fund of $5,000,000 will provide adequate relief to the class given the estimated class size of 2.5 to 3 million consumers. *See* Dkt. No. 50-2 at 6 n.2.

- The parties did not adequately explain why they expect a claims rate below 3%, *see id.* at 5, and they cannot use the low expected claims rate to justify the low value of the cash settlement fund.

1

2

The parties may continue to mediate with the mediator, and may file a renewed motion for preliminary approval if an improved settlement is reached. The parties are directed to file a joint status report by November 6, 2023.

The case remains stayed in all other respects pending further order, and will be administratively closed.